IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSHUA JARRARD, | No. C 16-5410 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| SOLANO COUNTY; ZACHARY SANDOVAL; ROB LENKE, | (Dkt. No. 2) |
| Defendants. / | |

Plaintiff is an inmate at the Contra Costa County Jail. The complaint asserts claims under 42 U.S.C 1983 against an officer and a supervisor Lieutenant in the Fairfield Police Department for violating his constitutional rights by using excessive force while arresting him. He also names the County of Solano as a defendant responsible for the violation of these rights.

Fairfield, where the two individual defendants are located and the events giving rise to the complaint took place, is in Solano County. Solano County lies within the venue of the United States District Court for the Eastern District of California. 28 U.S.C. 84(b). As a result, the proper venue for this civil rights action is the Eastern District of California. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on plaintiff's motion for leave to proceed in forma pauperis is deferred to the Eastern District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: November   29  , 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE