UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSHUA JARRARD,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY, et al.,<br><br>Defendants. | No. 2:16-cv-2838-JAM-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 6, 2019, the parties agreed to settle the action. ECF No. 42. On August 2, 2019, plaintiff alerted the court that there had been a problem with the prison's processing of the settlement check. ECF No. 43. The court requested a response from the defendant. ECF No. 44. Defendant responded that, after prison officials refused to process the check two times, a third check had been sent via overnight mail to plaintiff. ECF No. 45. Plaintiff has not sought further assistance from the court. The court will therefore presume that the third check was successfully issued to plaintiff. If that is not the case, plaintiff may again seek the court's assistance.

/////
/////
/////

1

Accordingly, plaintiff's request to have defendant's counsel re-issue the settlement check (ECF No. 43) is DENIED without prejudice.

So ordered.

DATED: March 24, 2020.

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE