# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSHUA JARRARD, | No. 2:16-CV-2838-JAM-JDP-P |
| Plaintiff, | |
| v. | ORDER |
| ZACHARY SANDOVAL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. This case is assigned to United States Magistrate Jeremy D. Peterson, who referred the case to the undersigned United States Magistrate Judge for the purposes of a settlement conference. The case settled at the conference on June 6, 2019. See ECF No. 42. The Court, on October 26, 2020, subsequently ordered the parties to file dispositional documents within 30 days. ECF No. 48. Thus far, only Plaintiff has done so.[1] The Court accordingly orders Defendant to show cause for his failure to comply with the Court's October 26, 2020, order. Defendant shall show cause, in writing, why appropriate sanctions should not be imposed for failure to comply fully and in good faith with the Court's orders.

///

---

[1] The Clerk of the Court, however, returned Plaintiff's submitted dispositional document because it stated the settlement amount, which is typically confidential. The Court concludes that Plaintiff nevertheless complied with its order to file dispositional documents.

1

1    Furthermore, the Court sets a hearing on the order to show cause. The hearing
2 shall be set for the Court's law and motion calendar on March 31, 2021, at 10:00 a.m.
3 Defendant's counsel shall appear telephonically via CourtCall.
4    Defendant's counsel's filing of the appropriate dispositional documents as required
5 by the Court's October 26, 2020, order will constitute adequate response and shall discharge the
6 order to show cause. If Defendant's counsel files the appropriate documents, the hearing on the
7 order to show cause will be vacated.
8    IT IS SO ORDERED.
9 Dated:  February 23, 2021

                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE